IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ANDREW ROY FLANAGAN )
)
v. ) CV 513-69
)
ROBERT THOMAS, et al )

## ORDER

On July 28, the parties filed a Consent Motion to Stay Proceedings indicating that the claims in the above captioned case had been settled.

Accordingly, the Court directs the Clerk to **ADMINISTRATIVELY CLOSE** this action. See Heape v. Flanagan, CV607-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within sixty days of the date this order is entered, the parties may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of the parties' settlement, so the Court may retain jurisdiction to enforce the agreement. If the parties elect not to file a dismissal judgment as described above, the Court will dismiss the case with prejudice. Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381-82 (1994).

**SO ORDERED**, this 29 day of July, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA